IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE LIAS, | No. C 05-00317 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| COUNTY OF ALAMEDA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 15, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 30, 2005.

DESIGNATION OF EXPERTS:  Pltf. 10/7/05;  Deft. 10/7/05.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 31, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by November 4, 2005;

Opp. Due November 18, 2005;  Reply Due November 28, 2005;

and set for hearing no later than December 9, 2005 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 24, 2006 at 3:30 PM.

JURY TRIAL DATE: February 6, 2006 at 8:30 AM.,
Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be ten days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
none

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/31/05

S/Susan Illston
SUSAN ILLSTON
United States District Judge