Case 3:05-cv-00317-SI   Document 31   Filed 06/02/05   Page 1 of 2
Case 3:05-cv-00317-SI   Document 30   Filed 06/01/2005   Page 1 of 2
05/31/2005 11:... 
05/26/2005 THU 18:05 [TX/RX NO 7000] 002

1  Stephine M. Wells SBN 13148
   William R. Hopkins SBN 170122
2  WELLS & HOPKINS
   Attorneys at Law
3  1628 Tiburon Avenue
   Tiburon, CA 94920
4  (415) 435-5507
   (415) 435-5597 (Fax)
5
   Oakland Office
6  William R. Hopkins
   Attorneys at Law
7  5032 Woodminister Drive
   Oakland, CA 94602
8  (510) 530-4071
9
   Attorneys for Plaintiff
10 RENEE LIAS

11
12              UNITED STATES DISTRICT COURT
13          FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
15 RENEE LIAS,                    ) Case No. C05-00317 SI
                                  )
16          Plaintiff,            ) STIPULATION BETWEEN COUNSEL TO
                                  ) CONTINUE HEARING ON DEFENDANT'S
17      vs.                       ) MOTION TO DISMISS FIFTH, SIXTH AND
                                  ) SEVENTH CLAIMS FOR RELIEF AND
18 COUNTY OF ALAMEDA CALIFORNIA,  ) ORDER
   OFFICE OF COUNTY COUNSEL,      )
19                                ) Date: June 3, 2005
            Defendants.           ) Time: 9:00 a.m.
20                                ) Courtroom: 10, 19th Floor
                                  ) Judge: Hon. Susan Illston
21                                )
                                  )
22
23
24
25

                            1
                STIPULATION TO CONTINUE HEARING
                        C05 00317 SI

05/31/2005 11:50 Case 3:05-cv-00317-SI   Document 31   Filed 06/02/05   Page 2 of 2   ☎003/003
Case 3:05-cv-00317-SI   Document 30   Filed 06/01/2005   Page 2 of 2
05/28/2005 THU 18:05 [TX/RX NO 7000] ☎003

1  The parties by and through their attorneys of record hereby Stipulate to continue defendant's
2  hearing on its Motion to Dismiss Plaintiff's Fifth, Six and Seventh Claims for relief from June 3, 2005 at
3  9:00 a.m. to June 10, 2005 at the same time or as soon thereafter as this Court allows.
4
5                                          ERICKSON, BEASLEY, HEWITT & WILSON
6
7  Dated: 5/31/05          By: _____
                                BRENDA AGUILAR-GUERRERO
8                               Attorney for Defendant
9
                                           WELLS & HOPKINS
10
11 Dated: 5/26/05          By: _____
                                STEPHINE M. WELLS
12                              Attorney for Plaintiff
13
14
15 IT IS SO ORDERED
16
17 Dated: _____    By: _____

**IT IS SO ORDERED**
Judge Susan Illston

2
STIPULATION TO CONTINUE HEARING
C05 00317 SI