UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE LIAS, | No. C 05-00317 SI (WDB) |
| Plaintiff, | ORDER RE: SETTLEMENT CONFERENCE |
| v. | |
| COUNTY OF ALAMEDA CALIFORNIA, OFFICE OF COUNTY COUNSEL, | |
| Defendants. | |
| _____/ | |

A Settlement Conference was scheduled to occur in this case on June 28, 2005. Prior to the Settlement Conference, the undersigned conferred privately (*seriatim*) with counsel for all parties. These discussions led the undersigned to conclude (with the concurrence of all parties) that, at this juncture in the case, there is no possibility that a Settlement Conference would be productive. Accordingly, I vacated the Settlement Conference.

Dated: July 6, 2005

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

cc: parties, SI, WDB

1