Stephine M. Wells SBN 13148
William R. Hopkins SBN 170122
**WELLS & HOPKINS**
Attorneys at Law
1628 Tiburon Avenue
Tiburon, CA 94920
(415) 435-5507
(415) 435-5597 (Fax)

Oakland Office
William R. Hopkins
Attorneys at Law
5032 Woodminister Drive
Oakland, CA 94602
(510) 530-4071

Attorneys for *Plaintiff*
RENEE LIAS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE LIAS,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>COUNTY OF ALAMEDA CALIFORNIA,<br>OFFICE OF COUNTY COUNSEL,<br><br>　　　　Defendants.<br>------------------------------------------------- | Case No. CO5-00317 SI<br><br>STIPULATION BETWEEN COUNSEL TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JULY 15, 2005 TO COURT'S NEXT AVAILABLE DATE SUBJECT TO DATES AS LIMITED IN THE STIPULATION<br><br>Date: July 15, 2005<br>Time: 2:30 p.m.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston |

1  The parties by and through their attorneys of record hereby Stipulate to request that this Court
2  continue the Case Management Conference now scheduled for July 15, 2005 at 2:30 to any Friday
3  excluding the Friday, August 5, 2005 and August 10, 2005.
4  This request is based on an inadvertent calendar conflict. Plaintiff's counsels are both in separate
5  mediations on July 12, 2005. It was anticipated that one of the mediation would be in the morning but it
6  was changed to afternoon thus posing a conflict.

```
                                        ERICKSON, BEASLEY, HEWITT & WILSON

Dated: _____               By: _____
                                         BRENDA AGUILAR-GUERRERO
                                         Attorney for Defendant

                                        WELLS & HOPKINS

Dated: _____               By: _____
                                         STEPHINE M. WELLS
                                         Attorney for Plaintiff


IT IS SO ORDERED

Dated: _____               By: _____
                                         Susan Illston
                                         United States District Judge
```

IT IS SO ORDERED
Judge Susan Illston

The case management conference has been continued to Friday, August 12, 2005, at 2:30 p.m.  A joint statement must be filed one week in advance of the conference.

The Court will not enterain any requests to continue the trial date.