1 | Stephine M. Wells SBN 13148
2 | William R. Hopkins SBN 170122
**WELLS & HOPKINS**
3 | Attorneys at Law
1628 Tiburon Avenue
4 | Tiburon, CA 94920
(415) 435-5507
5 | (415) 435-5597 (Fax)

Attorneys for *Plaintiff*
RENEE LIAS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE LIAS, | ) Case No. CO5-00317 SI |
| Plaintiff | ) |
| vs. | ) STIPULATION BETWEEN COUNSEL FOR PLAINTIFF TO FILE HER THIRD AMENDED COMPLAINT |
| COUNTY OF ALAMEDA CALIFORNIA, OFFICE OF COUNTY COUNSEL, | ) Judge: Hon. Susan Illston |
| Defendants. | ) |

The parties by and through their attorneys of record hereby Stipulate to request that this Court continue the Case Management Conference now scheduled for July 15, 2005 at 2:30 to any Friday excluding the Friday, August 5, 2005 and August 10, 2005.

Plaintiff and Defendant hereby stipulate that pending Defendant's review of such complaint, Plaintiff may file her Third Amended Complaint.

```
                                    ERICKSON, BEASLEY, HEWITT & WILSON


Dated: _____           By: _____
                                    BRENDA AGUILAR-GUERRERO
                                    Attorney for Defendant


                                    WELLS & HOPKINS


Dated: _____           By: _____
                                    STEPHINE M. WELLS
                                    Attorney for Plaintiff


IT IS SO ORDERED


Dated: _____           By: _____
                                                              Judge
```

GRANTED
Judge Susan Illston

2
STIPULATION TO FILE THIRD AMENDED COMPLAINT

C05 00317 SI