1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | RENEE LIAS,                              ) Case No. C05-00317 SI (WDB)
    |                                         )
12 |         Plaintiff,                       )
    |                                         ) **[PROPOSED] ORDER EXTENDING**
13 | v.                                       ) **DEADLINE FOR FILING DISPOSITIVE**
    |                                         ) **MOTIONS**
14 | COUNTY OF ALAMEDA CALIFORNIA,            )
    | OFFICE OF COUNTY COUNSEL,                ) Judge:     Hon. Susan Illston
15 |                                         )
    |         Defendant.                      )
16 |                                         )
17 | _____ )

18

19  Whereas, the Court extended the Non-Expert Discovery Cutoff by two weeks from

20  September 30, 2005, to October 14, 2005 at Plaintiff's request;

21  Whereas, the Court intended to similarly extend the time in which the parties could file

22  their Dispositive Motions by two weeks;

23  Whereas, due to a clerical error, the deadline for Defendant to file its motion for summary

24  judgment was inadvertently shortened by three weeks from November 4, 2005, to October 14,

25  2005;

26  GOOD CAUSE exists to correct the error. Therefore, the deadline for filing Dispositive

27  Motions is amended in conformity with the Court's intent to November 18, 2005. This is a two

28  week extension from the date set forth in the Court's Pretrial Preparation Order dated 5/31/05.

1

[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING DISPOSITIVE MOTIONS

1  Oppositions are now due on December 2, 2005, and Replies are due December 12, 2005; and
2  Dispositve Motions shall be set for hearing no later than December 23, 2005 at 9:00 a.m.
3      IT IS SO ORDERED.
4
5  Dated: _____
6  THE HON. SUSAN ILLSTON
   JUDGE, UNITED STATES DISTRICT COURT
7
8
9
10
11 Q:\Alameda County\Lias 1302\Pld\Proposed Order extending dispositive motions deadline.wpd

*GRANTED — Judge Susan Illston* (seal: United States District Court, Northern District of California)

2

[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING DISPOSITIVE MOTIONS