Stephine M. Wells SBN 13148
William R. Hopkins SBN 170122
**WELLS & HOPKINS**
Attorneys at Law
1628 Tiburon Avenue
Tiburon, CA 94920
(415) 435-5507
(415) 435-5597 (Fax)

Attorneys for *Plaintiff*
RENEE LIAS

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

RENEE LIAS,

Plaintiff

vs.

COUNTY OF ALAMEDA CALIFORNIA, OFFICE OF COUNTY COUNSEL,

Defendants.

Case No. C 05-00317 SI

STIPULATION BETWEEN COUNSEL TO REQUEST A CONTINUANCE OF THE SETTLEMENT CONFERENCE IN THIS MATTER
AND ~~PROPOSED~~ ORDER
Date of Conference: October 17, 2005
Time: 10:00 a.m.
Before: Honorable magistrate Judge Edward M. Chen
Courtroom C, 15th Floor
Trial date: February 6, 2006

The Parties by and through their Attorneys of Record, Erickson, Beasley, Hewitt & Wilson LLP by Brenda Aguilar-Guerrero and Wells and Hopkins, by Stephine M. Wells, hereby request that the Settlement Conference in this matter now set for October 17, 2005 at 10:00 a.m. be hereby continued to allow the completion of discovery.

Good cause exist for extending the settlement conference.

The Honorable Judge Susan Ilston graciously extended non-discovery cut-off until October 31, 2005. The depositions of critical witnesses will be completed on October 27, 2005. The parties have until November 18, 2005 to file its Motion for Summary Judgment, motions anticipated by each side.

Plaintiff's deposition was completed on October 11, 2005. Both parties agree that settlement discussions before completion of depositions would not be fruitful and would request this Court to continue the settlement conference until after the parties have filed respective motions for summary judgment on November 18, 2005.

Respectfully requested by:

Wells and Hopkins

Date:______________ _______________________

Stephine M. Wells
Attorney for Plaintiff

Erickson, Beasley, Hewitt & Wilson

Date:_____________ ___________________________

Brenda Aguilar-Guerrero
Attorneys for Defendant

ORDER

The Settlement Conference scheduled for October 17, 2005, at 10:00 a.m. shall be continued to November 3, 2005, at 1:30 p.m. Updated Settlement Conference statements, if any, shall be lodged with Judge Chen's chambers by hard copy only by October 27, 2005.

Dated: October 13, 2005

UNITED STATES DISTRICT COURT
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED