```
 1  Stephine M. Wells SBN 13148
    William R. Hopkins SBN 170122
 2  WELLS & HOPKINS
    Attorneys at Law
 3  1628 Tiburon Avenue
    Tiburon, CA 94920
 4  (415) 435-5507
    (415) 435-5597 (Fax)
 5
 6  Attorneys for Plaintiff
    RENEE LIAS
 7
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE LIAS, | Case No. C 05-00317 SI |
| Plaintiff | NOTICE OF SUBSTITUTION OF ATTORNEY FOR RECORD FOR PLAINTIFF IN PRO PER |
| vs. | |
| COUNTY OF ALAMEDA CALIFORNIA, OFFICE OF COUNTY COUNSEL, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Renee Lias substitutes herself as her attorney of record in the place and stead of Wells & Hopkins and Stephine M. Wells.

Such substitution becomes effective immediately. All further notices should be send to Renee Lias, P. O. Box 20655, Castro Valley, CA 94546.

Dated: 1-28-06

RENEE LIAS

I ACCEPT THE FOREGOING SUBSTITUTION

Dated: 1/27/06

STEPHINE M. WELLS
FOR HERSELF AND
WELLS & Hopkins Law Offices



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
SUBSTITUTION OF ATTORNEY
00317SI